IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY P. PURDY, | |
| Plaintiff, | 8:24CV463 |
| vs. | ORDER |
| DEPARTMENT OF CORRECTIONS, WARDEN, at RTC 384; HART, UM; GROSSMAN, CW; QUENTIN, CW; BUSINESS MANAGER, of RTC384; EAINA GRODSPEID, Grievcne investigator; PETER BATTAILLION, Judge; and CLERK OF DISTRICT COURT, in Douglas Count; | |
| Defendants. | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 5th day of December, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge